USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

    Plaintiff,

vs.

LENWICH 32 WATER LLC, a New York
limited liability company, d/b/a LENWICH,
and 6232 ASSOCIATES LLC, a New York
limited liability company,

    Defendants.
_____/

CASE NO: 1:17-cv-05215-PAE

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, LENWICH 32 WATER LLC, a New York limited liability company, d/b/a LENWICH, and 6232 ASSOCIATES LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 22nd day of December, 2017.

By: _____
Robert J. Mirel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, FL 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
E-mail: RJM@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Sarah E. Bell, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
Telephone: (212) 326-0401
Facsimile: (212) 798-6912
E-mail: sbell@pryorcashman.com
*Attorney for Lenwich 32 Water LLC*

By: /s/ Matthew R. Capobianco
Matthew R. Capobianco, Esq.
Jennifer E. Sherven, Esq.
Kaufman Dolowich & Voluck LLP
135 Crossways Park Drive. Suite 201
Woodbury, NY 11797
Telephone: (516) 681-1100
Facsimile:  (516) 681-1101
Email: mcapobianco@kdvlaw.com
Email: jsherven@kdvlaw.com
*Attorney for 6232 Associates LLC*

**SO ORDERED:**

/s/ Paul A. Engelmayer
Hon. Paul A. Engelmayer, U.S.D.J.

Date: 1/23/18